UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BATON MUSA,

                           Plaintiff,

-against-

ALEJANDRO MAYORKAS, et al.,

                           Defendants.
------------------------------------------------------------X

23 Civ. 9916 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on November 9, 2023, the Petition for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that the Government shall, by **January 16, 2024**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **February 2, 2024**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: November 29, 2023
       New York, New York

                                    LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE